UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
Dioslinda Laluz, *o/b/o Raymond Turcic*,

                      Plaintiff,

                -against-

Commissioner of Social Security,

                      Defendant.
-------------------------------------------------------x

**ORDER**

05-CV-5607 (DLI)

**DORA L. IRIZARRY, U.S. District Judge:**

Plaintiff, through counsel, filed the complaint in this matter on December 1, 2005. The parties are directed to adhere to the following procedures for expediting the disposition of Social Security cases:

(1) Defendant promptly shall proceed to obtain the administrative record of the proceedings below and shall file it no later than 120 days after service of the complaint. If Defendant is unable to file the record by that date, then Defendant shall notify the Court in writing by that date. Such notification must include a request for an extension that specifies a date and demonstrates the good cause for the extension, including the date the administrative record was requested, whether or not it has been received, and the most recent efforts made to obtain it.

(2) Defendant shall move for judgment on the pleadings, unless otherwise directed by the Court, within 90 days after receipt of the administrative record or by 180 days after service of the complaint, whichever is earlier. If this is not possible, the Court shall be notified in writing by whichever of the above dates is earlier. Such

notification shall include a request for an extension that specifies a date and demonstrates good cause for the extension.

The parties are reminded that Electronic Case Filing (ECF) is mandatory for all non pro se litigants. All filings must be made via ecf; hard courtesy copies must be submitted to chambers.

SO ORDERED.

DATED: Brooklyn, New York
December 5, 2005

_____
DORA L. IRIZARRY
United States District Judge