UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DIOSLINDA LALUZ,
o/b/o RAYMOND TURCIC,                                        JUDGMENT
                                                             05-CV- 5607 (DLI)
                        Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.
------------------------------------------------------------X

An Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on July 31, 2006, reversing the Commissioner's decision pursuant to the fourth sentence of 42 U.S.C. § 405(g); and remanding plaintiff, Dioslinda Laluz's claim for disability benefits on behalf of Raymond Turcic, who died on January 28, 2002, for the issuance of a fully favorable decision finding Raymon Turcic disabled as of May 19, 2000; it is

ORDERED and ADJUDGED that the Commissioner's decision is reversed pursuant to the fourth sentence of 42 U.S.C. § 405(g); and that plaintiff's claim for disability benefits on behalf Raymond Turcic, who died on January 28, 2002, is remanded for a fully favorable decision finding Raymond Turcic disabled as of May 19, 2000.


Dated: Brooklyn, New York
       August 16, 2006

                                                    ROBERT C. HEINEMANN
                                                    Clerk of Court